# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00076-CV

### R. S. S. and N. M., IV, Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### NO. 20-0790, THE HONORABLE DWIGHT E. PESCHEL, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

Appellants R. S. S. and N. M., IV filed their notices of appeal on February 16, 2022. The appellate record was complete on March 15, 2022, making appellants' briefs due on April 13, 2022. On April 12, 2022, counsel for appellants filed a motion for extension of time to file appellants' briefs.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order James B. Peplinski and Amanda J. Wilhelm to file appellants' briefs no later than May 3, 2022. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on April 22, 2022.

Before Justices Goodwin, Baker, and Triana